UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-42931-705 |
| Shannel R Ballard Moore, | ) | Chapter 7 |
| a/k/a Shannel Ruby Ballard | ) | Judge, Charles E Rendlen, III |
| Debtor, | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. as | ) | |
| Servicer for Deutsche Bank National Trust | ) | **DEBTOR'S** |
| Company as Trustee on behalf of the holders | ) | **CONSENT TO MOTION FOR** |
| Of J.P. Morgan Mortgage Acquisition Trust | ) | **RELIEF FROM AUTOMATIC** |
| 2007-CH5 Asset Backed Pass-through | ) | **STAY (Doc #9)** |
| Certificates Series 2007-CH5 | ) | |
| vs. | ) | *Filed By:* |
| | ) | Rochelle D. Stanton |
| Shannel R Ballard Moore, | ) | *Debtors' Attorney* |
| a/k/a Shannel Ruby Ballard | ) | 745 Old Frontenac Square, Ste. 202 |
| Debtor | ) | Frontenac, MO 63131 |
| | ) | |
| and | ) | |
| | ) | Hearing Date: July 10, 2018 |
| Tracy A Brown, | ) | Hearing Time: 9:30 a.m. |
| | ) | Ct. Rm. 7 South |
| Trustee, | ) | |
| | ) | |
| Respondents, | ) | |
| _____ | ) | |

**CONSENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW Debtor herein submits his Consent to the Motion for Relief from Automatic Stay filed by Select Portfolio Servicing, Inc. as Servicer for Deutsche Bank National Trust Company as Trustee on behalf of the holders of J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-through Certificates Series 2007-CH5 ("Movant"), and states as follows:

Debtor admits that Movant is the holder of a promissory note secured by a Deed of Trust on real estate commonly known as 3959 Thomas Dr., St. Louis MO 63134. Debtor has scheduled her intent to surrender said property. Grounds exist to Grant Relief from Stay to Movant pursuant to §362.

WHEREFORE, Debtor prays the Court to enter Consent granting its Motion for Relief from Automatic Stay filed by Select Portfolio Servicing, Inc. as Servicer for Deutsche Bank National Trust Company as Trustee on behalf of the holders of J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-through Certificates Series 2007-CH5 ("Movant").

Date: June 8, 2018                    _____/s/Rochelle D. Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed. Bar #49641MO
745 Old Frontenac Square Ste. 202
Frontenac, Missouri 63131
(314) 991-1559
(314) 991-1183 Fax
rstanton@rochelledstanton.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 8, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

_____/s/Dawn Davidson_____
Paralegal to Rochelle D Stanton, Esq.