IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI (SAINT LOUIS)

IN RE:
Shannel R. Ballard Moore
aka Shannel Ruby Ballard

       Debtors,

Case No. 18-42931-705
Chapter 7

Select Portfolio Servicing, Inc. as
servicer for, Deutsche Bank National
Trust Company, as Trustee, on behalf
of the holders of the J.P. Morgan
Mortgage Acquisition Trust 2007-CH5
Asset Backed Pass-Through Certificates,
Series 2007-CH5
       Creditor,

Tracy A. Brown
       Trustee.

## **ORDER GRANTING CREDITOR'S MOTION FOR RELIEF FROM STAY**

The Court has considered the record and determined that cause exists, and that Movant is otherwise entitled to relief requested in this motion.  Therefore,

IT IS ORDERED that the Movant's request for relief from the automatic stay is granted; and that Movant may enforce its rights against the property described as:

> LOT 135 OF LOWER LADUE HILLS, A SUBDIVISION IN ST. LOUIS
> COUNTY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT
> BOOK 57, PAGE 2 OF THE ST. LOUIS COUNTY RECORDS.
> COMMONLY KNOW AS 3959 THOMAS DRIVE, SAINT LOUIS MO 63134

Movant, its successors and assigns in interest, may enforce all rights to possession of the premises under the terms of the deed of trust and in accordance with applicable non-bankruptcy state law; including but not limited to any and all necessary foreclosure and eviction procedures and that for such purpose, the automatic stay of 11 U.S.C. §362 is terminated; and this order shall survive the conversion of Debtor's case to a Chapter 13 proceeding; the Trustee's interest in the subject real property is hereby abandoned; and any and all attorney's fees requested in

Movant's motion or awarded at a hearing on said motion are hereby granted, and all other relief not heretofore specifically ruled upon is hereby denied as moot.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Creditor's Motion for Relief from the Automatic Stay is hereby granted and that the Trustee's interest in the subject real property is hereby abandoned.

DATED: July 17, 2018
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Respectfully Submitted By:

/s/ Brandon T. Pittenger
Brandon T. Pittenger  #53544MO
Pittenger Law Group, LLC
6900 College Blvd, Suite 325
P.O. Box 7410
Overland Park, KS 66207
(913) 323-4595, ext. 144
FAX (913) 661-1747
ecf@pittengerlawgroup.com
ATTORNEY FOR CREDITOR

Copy served via ECF to those parties receiving ECF notice and mailed via U.S. Postal Service to the parties listed below to:

Shannel R. Ballard Moore
aka Shannel Ruby Ballard
3959 Thomas Drive
Saint Louis, MO 63134
DEBTOR

Rochelle D. Stanton
745 Old Frontenac Square, Suite 202
Frontenac, MO 63131
ATTORNEY FOR DEBTOR

Tracy A. Brown
1034 S. Brentwood Blvd Suite 1830
St. Louis, MO 63117
TRUSTEE

*/s/ Brandon T. Pittenger*